1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    Rodney L. Schneider,              )    No. CIV 06-029-PHX-JAT (GEE)
                                        )
10              Plaintiff,             )    **REPORT AND RECOMMENDATION**
                                        )
11   vs.                               )
                                        )
12                                     )
     Joseph Arpaio,                     )
13                                     )
                Defendant.             )
14                                     )
                                        )
15   _____)

16

17        On January 4, 2006, the plaintiff filed a complaint in this court claiming his civil

18   rights were being violated by his conditions of confinement.  On April 17, 2006, this court

19   screened the complaint and ordered commencement of service.

20        In that service order, the court specifically warned the plaintiff he must complete

21   service within 60 days of the filing of the order or within the 120-day time limit allowed by

22   FED.R.CIV.P. 4(m), whichever is later.  Failure to do so, the court warned, could lead to

23   dismissal of the action.  *See also* LRCiv 16.2(b)(2)(B)(i).

24        That same day, the court sent a service packet to the plaintiff for processing.  The

25   plaintiff, however, did not return the completed packet.  The court issued the plaintiff an

26   order to show cause why this case should not be dismissed.  The plaintiff did not file a

27   response.

28        The time limits for service have passed, and service has not been completed.

1

2        <u>Recommendation</u>

3        The Magistrate Judge recommends the District Court, after its independent review of

4    the record, enter an order

5

6        DISMISSING this action for failure to prosecute.

7

8        Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within

9    10 days of being served with a copy of this report and recommendation.    If objections are

10    not timely filed, the party's right to de novo review may be waived. *See United States v.*

11    *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

12        The Clerk is directed to send a copy of this report and recommendation to all parties.

13

14        DATED this 17th day of July, 2006.

15

16

17

18    _____
                Glenda E. Edmonds
19              United States Magistrate Judge

20

21

22

23

24

25

26

27

28