**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney Schneider, | No. CV-06-0029-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

On June 20, 2006, the Magistrate Judge issued on Order to Show Cause, instructing Plaintiff to show cause why his case should not be dismissed for his failure to complete and return the service packets. (Doc. #5). Unfortunately, the record does not reflect that this Order was ever mailed to Plaintiff.

On July 18, 2006, the Magistrate Judge issued a Report and Recommendation (R&R) recommending that this case be dismissed for failure to prosecute. The Order gave Plaintiff 10 days to file objections. This Order was mailed to Plaintiff on July 19, 2006, and not returned to the Court. Nonetheless, on July 26, 2006, Plaintiff filed a notice of change of address. On that same day, the R&R was re-mailed to Plaintiff at his new address. More than 10 days have past since the re-mailing, and no objections to the R&R have been filed.

Typically, the Court could accept the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-*

1 *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district
2 judge must review the magistrate judge's findings and recommendations de novo *if objection*
3 *is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263
4 F.Supp.2d 1219, 1226 (D. Ariz. 2003).  However, the Magistrate Judge instructed this Court
5 to complete an "independent review" before adopting the R&R.

6 Upon such independent review, the Court has determined the irregularities with the
7 mailings in this case.  Therefore, the Court will reject the R&R.  Based on the foregoing,

8 **IT IS ORDERED** that the R&R (Doc. #6) is rejected for the reasons stated above;

9 **IT IS FURTHER ORDERED** that the Clerk of the Court shall mail the Order to
10 Show Cause (Doc. #5) to the Plaintiff with this Order;

11 **IT IS FURTHER ORDERED** that Plaintiff shall have 10 days from the date of this
12 Order to comply with the Magistrate Judge's Order by showing cause why this case should
13 not be dismissed; and

14 **IT IS FURTHER ORDERED** re-referring this case to the Magistrate Judge.

15 DATED this 12th day of September, 2006.

James A. Teilborg
United States District Judge

- 2 -