1    **WO**

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9    Rodney L. Schneider,              )    No. CIV 06-029-PHX-JAT (GEE)
                                       )
10              Plaintiff,             )    **REPORT AND RECOMMENDATION**
                                       )
11   vs.                               )
                                       )
12                                     )
     Joseph Arpaio,                    )
13                                     )
                Defendant.             )
14                                     )
                                       )
15   _____ )

16

17        On January 4, 2006, the plaintiff filed a complaint in this court claiming his civil

18   rights were being violated by his conditions of confinement.  On April 17, 2006, this court

     screened the complaint and ordered commencement of service.
19
          In that service order, the court specifically warned the plaintiff he must complete
20
     service within 60 days of the filing of the service order or within the 120-day time limit
21
     allowed by FED.R.CIV.P. 4(m), whichever is later.  Failure to do so, the court warned, could
22
     lead to dismissal of the action.  *See also* LRCiv 16.2(b)(2)(B)(i).
23
          The court sent a service packet to the plaintiff for processing.  The plaintiff, however,
24
     did not return the completed packet.  The court issued the plaintiff an order to show cause
25
     why this case should not be dismissed.  The plaintiff did not file a timely response, and on
26
     July 18, 2006, the Magistrate Judge issued a report recommending the District Court dismiss
27
     the case for failure to prosecute.
28

1    On July 26, 2006, the plaintiff filed a notice of change of address.

2    The District Court reviewed the record and found no indication that a copy of the

3    order to show cause had, in fact, been sent to the plaintiff.  Accordingly, on September 13,

4    2006, the District Court issued an order (1) rejecting the Magistrate Judge's report and

5    recommendation, (2) extending the deadline for responding to the order to show cause to 10

6    days after the date of the order (which was September 12, 2006), and (3) directing the Clerk

7    to mail the order to show cause and the court's order to the plaintiff.

8    The order to show cause and the District Court's order were mailed to the plaintiff on

9    September 13, 2006.  The documents were not returned as undeliverable.  The deadline has

10   passed, but the plaintiff has not responded to the order to show cause.  The time limits for

11   service have passed, and service has not been completed.

12

13   Recommendation

14   The Magistrate Judge recommends the District Court, after its independent review of

15   the record, enter an order

16   DISMISSING this action for failure to prosecute.

17   Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within

18   10 days of being served with a copy of this report and recommendation.   If objections are

19   not timely filed, the party's right to de novo review may be waived. *See United States v.*

20   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).

21   The Clerk is directed to send a copy of this report and recommendation to all parties.

22   DATED this 19th day of October, 2006.

23

24

25

26   _____

27        Glenda E. Edmonds
         United States Magistrate Judge

28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28