**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney L. Schneider, ) | No. CV 06-0029-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Arpaio, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 19, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #9) recommending that this case be dismissed for failure to prosecute.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the Magistrate Judge states that the recommendation is subject to the District Court conducting,

---

[1] Defendant has not been served and has not appeared.

"its independent review of the record." The Court is unclear whether the Magistrate Judge is attempting to direct this Court to conduct a *de novo* review or is suggesting some other standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not conducted any review because no objections were filed. If Plaintiff failed to file objections in reliance on the Magistrate Judge's admonition to the District Court, he may move for reconsideration of this Order within thirty days and shall contemporaneously file his objections with the motion for reconsideration.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #9) is **ACCEPTED**; and

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and the clerk of the court shall enter judgment accordingly.[2]

DATED this 1st day of February, 2007.

James A. Teilborg
United States District Judge

---

[2] Additionally, the Clerk of the Court shall remove the Report and Recommendation at Doc. #6 from this Court's pending motion list, because the Court resolved that Report and Recommendation at Doc. #8.